IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN J. HAYS                                                                                    PLAINTIFF

v.                                        Civil No. 06-5134

U.S. MARSHALS SERVICE                                                                DEFENDANT

### ORDER

This matter comes before the court for a determination regarding plaintiff's in forma pauperis application and service on defendants. Having reviewed the application, we find it should be granted and plaintiff will be allowed to proceed as a pauper in this matter. The district clerk is directed to file plaintiff's complaint *nunc pro tunc* as of July 13, 2006. The matter of service will be determined at a later date.

IT IS SO ORDERED this 18th day of July 2006.

_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 19 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK