IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN J. HAYS                                                PLAINTIFF

    v.        Civil No. 06-5134

UNITED STATES
MARSHAL'S SERVICE                                              DEFENDANT

## O R D ER

NOW on this 29th day of November 2006, comes on for consideration the Magistrate Judge's Report and Recommendation (document #4), filed on October 27, 2006, and plaintiff's objections to the Magistrate Judge's Report and Recommendation (document #5), filed on November 17, 2006, and the Court, being well and sufficiently advised, finds that the plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that the Report And Recommendation of the Magistrate Judge is adopted in toto. Accordingly, the Court hereby adopts the Report and Recommendations this case is dismissed on the grounds that the claims are frivolous and fail to state claims upon which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(I)-(iii)(IFP action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

                                        **/s/ Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**